[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-15315
Non-Argument Calendar
_____

D.C. Docket No. 9:12-cv-80896-DPG

CORCEL CORPORATION, INC.,

Plaintiff-Appellant,

versus

FERGUSON ENTERPRISES, INC.,
A Virginia Corporation,
LINE-TEC, INC.,
A Florida Corporation,
AKA SERVICES, INC.,
A Florida Corporation,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(January 30, 2017)

Before TJOFLAT, HULL and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

After review and careful consideration of the parties' briefs and the record, we affirm the district court's order granting Defendants-Appellees' motions for summary judgment, which concluded that the statute of limitations barred Plaintiff-Appellant's civil Racketeer Influence and Corrupt Organizations Act claims, 18 U.S.C. §§ 1961-1968. The parties are already familiar with the facts and procedural history, and we affirm for the reasons outlined in the district court's thorough and well-reasoned order dated March 8, 2016.

**AFFIRMED.**